IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID SIMMONS, et al.,<br><br>   Plaintiffs,<br><br>     v.<br><br>ORBIS CORPORATION (WISCONSIN), et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:09-CV-1183-TWT |

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 31] of the Magistrate Judge recommending dismissing this action with prejudice for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice. The Defendant's Motion to Dismiss [Doc. 25] is DENIED as moot. The Defendant's Motion to Compel and for Sanctions [Doc. 25] is GRANTED.

SO ORDERED, this 28 day of May, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge